RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

SEP 1 8 2025

DANIEL J. McCOY, CLERK
BY: *Lisa Combie*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT LOUISIANA
## LAFAYETTE DIVISION

UNITED STATES OF AMERICA,
  *Plaintiff,*

v.                                        Case No. 6:24-CR-00206

**GARY HAYNES**
  *Defendant.*

## VERDICT FORM

We, the Jury, duly empaneled in the above case, find as to the Defendant, Gary Haynes, the following:

### COUNT 1

### CONSPIRACY TO ENGAGE IN BRIBERY CONCERNING PROGRAMS RECEIVING FEDERAL FUNDS

_____✓_____ Guilty          _____ Not Guilty

### COUNT 2

### BRIBERY CONCERNING PROGRAMS RECEIVING FEDERAL FUNDS

_____✓_____ Guilty          _____ Not Guilty

### COUNT 3

### USE OF A FACILITY IN INTERSTATE COMMERCE IN AID OF BRIBERY

_____✓_____ Guilty          _____ Not Guilty

## COUNT 4

### USE OF A FACILITY IN INTERSTATE COMMERCE
### IN AID OF BRIBERY

____✓____ Guilty          _____ Not Guilty

## COUNT 5

### CONSPIRACY TO COMMIT MONEY LAUNDERING

____✓____ Guilty          _____ Not Guilty

## COUNT 6

### OBSTRUCTION OF JUSTICE

____✓____ Guilty          _____ Not Guilty

DATED this __8th__ day of September 2025.



Once you have answered the applicable questions, the foreperson shall sign and date this Verdict Form and place this Verdict Form in the envelope you have been provided and seal the envelope.

Your deliberations are now complete.  You may now notify the Court Security Officer ("CSO") that you have reached a verdict by providing the CSO with the jury note indicating you have reached a verdict.  The foreperson will bring the sealed envelope into the courtroom with you and hand it to the Courtroom Deputy in open court upon instruction of Judge Joseph.