# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

**UNITED STATES OF AMERICA**

**VERSUS**

**GARY HAYNES**

**CASE NO.  6:24-CR-0206**

**JUDGE DAVID C. JOSEPH**

**MAGISTRATE JUDGE CAROL B. WHITEHURST**

## ORDER FOR JURY MEAL

IT IS ORDERED that the Clerk of Court furnish food and beverages to the jury during the trial and deliberations of the above entitled and numbered case as required, at government expense.

THUS DONE AND SIGNED in Lafayette, La. on this 18th day of September 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE