UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO: | 6:24-cr-00206-01 |
| VERSUS | JUDGE: | DAVID C. JOSEPH |
| GARY HAYNES | MAGISTRATE: | CAROL B. WHITEHURST |

## ORDER

Considering the *Unopposed Motion for Extension of Time* filed by the Defendant, GARY HAYNES:

IT IS HEREBY ORDERED that the deadline to file a Motion for New Trial be extended until October 9, 2025.

THUS DONE AND SIGNED this 23rd day of September 2025 in Lafayette, Louisiana.

_____
**HONORABLE DAVID C. JOSEPH**
**United States District Judge**